UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ARMANDO JESUS GALARZA** and
**MIGUELINA GALARZA**, individually

    Plaintiffs,

v.                                        Case No: 5:13-cv-508-Oc-10PRL

**PULTE MORGAGE, LLC, COMPASS
BANK, FEDERAL NATIONAL
MORTGAGE ASSOCIATION and OLD
REPUBLIC INSURANCE COMPANY**

    Defendants.
_____

## ORDER

This matter is before the Court upon referral from the Clerk. According to the roll of attorneys for the bar of the Middle District of Florida, Sybil Sivic, Esq., counsel for Plaintiff, is not a member of the bar of the Middle District of Florida.

Accordingly, Ms. Sivic shall have thirty (30) days from the date of this Order to satisfy the requirements for admission to the bar of the Middle District of Florida, failing which the Court will terminate Ms. Sivic as counsel of record for Plaintiff, and without further notice.

**DONE** and **ORDERED** in Ocala, Florida on October 21, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties